JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 14-2061-DOC (JCGx)            Date: July 31, 2015

Title: GOPIKRISHTAN GOVINDASAMY V MADHIVANAN SELVASEKARAN, ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER OF DISMISSAL FOR LACK OF PROSECUTION**

On July 20, 2015 this Court ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution. (Dkt. 10). Plaintiff failed to respond by July 27, 2015, the deadline set by the Court.

Accordingly, the Court orders that Plaintiff's case be DISMISSED for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

MINUTES FORM 11
CIVIL-GEN                                                   Initials of Deputy Clerk: djg